**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WILLIAM KIRKLAND and STANLEY KIRKLAND,

    Plaintiffs,

v.                                        Case No: 8:14-cv-1715-T-24TGW

MOSAIC FERTILIZER, LLC, ARNOLD LANIER, ANDREW MCGUCKIN, JAMIE WRIGHT, MICHAEL LAKE and THOMAS ABBOTT,

    Defendants.

## ORDER

This cause comes before the Court on Defendant McGuckin's Motion to be Excused from Mediation (Dkt. 89). Defendant McGuckin requests that he be excused from attending the October 7, 2015 mediation due to prior arrangements to attend a firearm class. The Court, however, prefers the parties to attend mediation in person. *See* M.D. Fla. Local Rule 9.05(c) (requiring all parties to be present at the mediation conference with full authority to negotiate a settlement). Accordingly, the motion is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 2nd day of October, 2015.

*/s/ Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies To: Counsel of Record and Parties